THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS PAUL BRAND,<br><br>Defendant. | CASE NO. CR17-0133-JCC<br><br>ORDER ON MOTION TO SEAL |

This matter comes before the Court on Defendant's motion to seal (Dkt. No. 24). Having thoroughly considered the relevant record and because of the sensitive information contained within the specified documents, the Court GRANTS Defendant's motion.

It is hereby ORDERED that Exhibits E through M to Defendant's Sentencing Memorandum shall remain sealed.

DATED this 2nd day of November 2017.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE