The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR17-0133-JCC |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| TRAVIS PAUL BRAND, | |
| Defendant. | |

This matter comes before the Court on the United States' motion for entry of a final order of forfeiture (Dkt. No. 37) for the following property:

1. Any and all images of child pornography, in whatever form and however stored;
2. One LG cellphone; and
3. One iPod.

Having reviewed the relevant record, the Court hereby finds as follows:

- In the plea agreement entered on May 23, 2017, pursuant to 18 U.S.C. § 2253, Defendant Travis Paul Brand agreed to forfeit his interest in items 1–3 listed above. (Dkt. No. 8 at 4–5);

- On October 26, 2017, the Court entered a Preliminary Order of Forfeiture finding items 1–3 forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's right, title, and interest in it. (Dkt. No. 26);

- The United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C). (Dkt. No. 34); and,
- The time for filing third-party petitions has expired and none were filed.

The Court therefore ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;
2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,
3. The United States Department of Homeland Security and/or its representatives, are authorized to dispose of the above-listed property as permitted by governing law.

DATED this 7th day of March 2018.

*(signature)*

JOHN C. COUGHENOUR
United States District Judge